UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN L. MACK,

        Plaintiff,

    v.                                        Case No. C-1-01-700

FEDERATED DEPARTMENT
STORES, INC., et al.,

        Defendants.

## ORDER

Pursuant to defendant's request, a hearing on the Motion to Dismiss for Failure to Effect Timely Service (doc. 17) is scheduled for **Wednesday, October 1, 2003 at 3:00 p.m.** The Court will address the merits of the motion to dismiss and the propriety of sanctions if it is established that plaintiff has made misrepresentations to the Court through counsel.

    **IT IS SO ORDERED.**

                                                         S/
                                          HERMAN J. WEBER
                  SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-700hrgmtd.wpd