UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

### MOTION CONFERENCE

MACK

v                                                    Civil: C-01-700
FEDERATED,

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Courtroom Deputy D. Maury

Law Clerk: L. Ahern

 --------------------------------------------------------------------------------------------------
**Appearances:** D. Stenson for Pltf; J. Keys for Deft.

Case called for a Motion Conference. Conference held in Chambers.  Hearing recessed to
10/21/03 at 1:30 p.m.  Order to issue.

Date: Wednesday, October 1, 2003
TIME: 3:00 p.m. - 3:20 p.m.