UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CARMEN L. MACK,

        Plaintiff,

  v.                                   Case No. C-1-01-700

FEDERATED DEPARTMENT
STORES, INC., et al.,

        Defendants.

## ORDER

Pursuant to the record established at the hearing held on October 1, 2003, the hearing of this matter is continued until **Tuesday, October 21, 2003 at 1:30 p.m.** Plaintiff Carmen L. Mack's presence at the hearing is required.

**IT IS SO ORDERED.**

                                            S/Herman J. Weber
                                            HERMAN J. WEBER
                       SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\01-700hrg.wpd