UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MOTION CONFERENCE**

MACK

v                                                                                            Civil: C-01-700

FEDERATED,


Court Personnel Present:

HONORABLE HERMAN J. WEBER

Court Reporter J. Wolfer (Official)

Courtroom Deputy D. Maury

Law Clerk: Laura Ahern

-------------------------------------------------------------------------------------------------------
**Appearances:** No appearance for Pltf; James Keys for Defense.


Case called for a Motion Conference. Conference held in Chambers. No appearance by counsel for Pltf or Pltf Carmen Mack. Pursuant to the record, case dismissed with prejudice. Order to issue.


Date: Tuesday, October 21, 2003
TIME: 2:05 p.m. - 2:15 p.m.